CHRISTINE M. BOOZE
Nevada Bar No. 7610
WINNER & BOOZE
1117 South Rancho Drive
Las Vegas, Nevada 89102
Phone (702) 243-7000
Facsimile (702) 243-7059
cbooze@winnerfirm.com

*Attorney for Defendants Jerald Young Thompson*
*And RMD Trucking, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANIBAL GEOVANNI FILIPPI, individually,<br><br>Plaintiff,<br><br>vs.<br><br>JERALD YOUNG THOMPSON, individually; RMD TRUCKING INC., a foreign corporation; DOES I through X, inclusive; and ROE COPORATIONS I though X, inclusive,<br><br>Defendants. | CASE NO. 2:24-cv-01905-APG-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff ANIBAL GEOVANNI FILLIPPI, Defendant JERALD YOUNG THOMPSON, and Defendant RMD TRUCKING, INC., by and through their respective counsel of record that the Plaintiff's Complaint be dismissed in its entirety with prejudice, and each party to bear their own costs and attorneys' fees.

. . .

. . .

. . .

. . .

Page 1 of 2

WINNER & BOOZE
LAWYERS

IT IS FURTHER STIPULATED that the trial date of February 23, 2026, is hereby VACATED.

IT IS SO STIPULATED.

DATED this _____ day of March, 2026.

WINNER & BOOZE

By:_____
Christine M. Booze
Nevada Bar No. 7610
1117 South Rancho Drive
Las Vegas, Nevada 89102
*Attorney for Defendants JERALD YOUNG*
*THOMPSON and RMD TRUCKING, INC.*

DATED this 2nd day of March, 2026.

THE702FIRM INJURY ATTORNEYS

*/s/ Matthew Pawlowski*
By:_____
Michael Kane
Nevada Bar No. 10096
Matthew Pawlowski
Nevada Bar No. 9889
8335 West Flamingo Road
Las Vegas, Nevada 89147
*Attorney for Plaintiff Anibal Geovanni*
*Filippi*

**IT IS SO ORDERED.**

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE
DATED: March 5, 2026